Honorable Jamal N. Whitehead

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NATALIE HARLAN-DAVIS, an individual,

Plaintiff,

v.

WAL-MART ASSOCIATES, INC,, a Delaware Corporation, RISSA PITTMAN, in her individual capacity, marital community and corporate capacity, and SANJEEV SONCHHATRA, in his individual capacity, marital community and corporate capacity,

Defendants.

Case No. 2:25-cv-02281-JNW

ORDER GRANTING FIRST STIPULATED MOTION TO CONTINUE TRIAL DATE AND AMEND SCHEDULING ORDER

THIS MATTER having come before the below-signed Judge of the above-entitled court upon the parties' First Stipulated Motion to Continue Trial Date and Amend Scheduling Order, and the Court having considered the motion, and it appearing to be in the best interest of the case, therefore,



SKIDMORE & FOMINA
1800 112th Avenue NE, Suite 150
Bellevue, Washington 98004

IT IS HEREBY ORDERED that the First Stipulated Motion to Continue Trial Date and Amend Scheduling Order is GRANTED.

The parties' proposed scheduling order is adopted as follows:

| **Description** | **Current Deadline** | **New Deadline** |
|---|---|---|
| **Jury Trial** | April 12, 2027 | **September 20, 2027** |
| Discovery Deadline | October 12, 2026 | March 22, 2027 |
| Dispositive/*Daubert* Motions due by | November 12, 2026 | April 22, 2027 |
| Motions in Limine due by | March 3, 2027 | August 11, 2027 |
| Joint Pre-Trial Statement | March 15, 2027 | August 23, 2027 |
| Pre-Trial Conference | March 30, 2026 | September 7, 2027 |
| Length of Jury Trial | 10 Days | 10 Days |

**IT IS SO ORDERED.**

DATED this 8th day of October, 2026.

The Honorable Jamal N. Whitehead

Presented by:

**SKIDMORE & FOMINA, PLLC**

*/s/ Jared C. Troy*
Jared C. Troy, WSBA No. 62884
Vera P. Fomina, WSBA No. 49338
Gregory M. Skidmore, WSBA No. 47462
1800 112th Ave NE, Suite 150
Bellevue, WA 98004

jtroy@skidmorefomina.com
vfomina@skidmorefomina.com
gskidmore@skidmorefomina.com

*Attorneys for Plaintiff*

**FISHER & PHILLIPS, LLP**

By: */s/ McKaylin N. Hughes*
McKaylin N. Hughes, WSBA No. 62112
Stephen M. Scott, WSBA No. 54061
Clarence M. Belnavis, WSBA No. 36681
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101
Tel.: (206) 682-2308
mnhughes@fisherphillips.com
smscott@fisherphillips.com
cbelnavis@fisherphillips.com

*Attorneys for Defendants*